

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-14-00593-CV

**IN THE INTEREST OF A.R.E., A CHILD**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01424
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an appeal of an order terminating appellant's parental rights. Appellant's court-appointed attorney has filed a motion to withdraw stating she can find no meritorious basis for appeal. Appellant's attorney did not, however, comply with the procedures set forth in *Anders v. California*, 368 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights); *see also Kelly v. State*, No. PD-07-02-13, 2014 WL 2865901, at *3 (Tex. Crim. App. June 25, 2014) (setting forth new *Anders* requirements). It is therefore ORDERED that the motion to withdraw filed by appellant's attorney is STRICKEN. The appellate record is due to be filed in this appeal on August 25, 2014. If appellant's attorney concludes no meritorious basis to appeal exists after reviewing the appellate record, she should file a brief and motion to withdraw in compliance with *Anders*.

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2014.

Keith E. Hottle
Clerk of Court